CASINO CAR WASH, INC., AND NEIL STEIN, APPELLANTS, v. WARD J. KOEPENICK, BETTY L. KOEPENICK, GYLE HALVERSON AND HANNA INDUSTRIES, RESPONDENTS.

No. 8718

November 22, 1976                    555 P.2d 1327

[Rehearing denied December 17, 1976]

*Hale and Belford,* and *J. Stephen Peek,* Reno, for Appellants.

*Stewart & Horton,* Reno, for Respondents.

## OPINION

*Per Curiam:*

Appellants' only claim of error is that certain findings of fact by the district court are unsupported by the evidence. After reviewing the record, we conclude the findings are supported by substantial evidence, and, thus, we will not disturb them on appeal. Alves v. Bumguardner, 91 Nev. 799, 544 P.2d 436 (1975); County of Clark v. Lucas, 91 Nev. 263, 534 P.2d 499 (1975).

Affirmed.